# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139430 & (20)(21)(22)

EVE MARIE ARP, as Personal Representative
of the ESTATE OF KEITH ARP, Deceased,
        Plaintiff-Appellee,

v

        SC: 139430
        COA: 292106
        Wayne CC: 08-125280-NH

OAKWOOD HEALTHCARE, INC.,
        Defendant-Appellant,

and

METROPOLITAN ANESTHESIA, PC,
        Defendant.
_____/

      On order of the Court, the motion for immediate consideration and the motion for miscellaneous relief are GRANTED. The application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2009

_____
Clerk

d0901